| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Beltway Plaza Investment, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1963691** |

| 4. | Debtor's address | **Principal place of business**<br><br>**4710 Auth Place**<br>**Suitland, MD 20746**<br>Number, Street, City, State & ZIP Code<br><br>**Prince Georges**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Beltway Plaza Investment, LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Beltway Plaza Investment, LLC**  _____   Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  **Beltway Plaza Investment, LLC**      Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Beltway Plaza Investment, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 20, 2023**
MM / DD / YYYY

X **/s/ Ho Chong Suh**                             **Ho Chong Suh**
Signature of authorized representative of debtor    Printed name

Title  **Authorized Member**

**18. Signature of attorney**

X **/s/ Craig M. Palik (cpalik@mhlawyers.com)**    Date **February 20, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Craig M. Palik (cpalik@mhlawyers.com)**
Printed name

**McNamee Hosea, P.A.**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone **(301) 441-2420**     Email address **cpalik@mhlawyers.com**

**15254 MD**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Beltway Plaza Investment, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PEPCO Correspondence Section 701 Ninth Street, NW Washington, DC 20068-0001** | | Utility | | | | $500,000.00 |
| **Prince George's County Treasury Division 7600 Jefferson Avenue Hyattsville, MD 20785** | | Property Taxes | | | | $141,692.00 |
| **WSSC 14501 Sweitzer Lane Laurel, MD 20707** | | Utility | | | | $16,293.00 |
| **Mid-Atlantic Power Specialists, Inc. 114 Oak Grove Road Suite 103 Sterling, VA 20166** | | Judgment for Services (believed to have been paid) | Disputed | | | $12,546.00 |
| **Datawatch Systems 4520 East West Highway Suite 200 Bethesda, MD 20814** | | Trade debt | | | | $3,861.00 |
| **Freedom Bank of Virginia 10555 Main Street Fairfax, VA 22030** | | 4710 Auth Place Suitland, MD 20746 8 Story Office Building (65,010 SQ FT) | | $5,898,670.00 | Unknown | Unknown |

Official form 204                 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                 page 1

# United States Bankruptcy Court
## District of Maryland

In re  **Beltway Plaza Investment, LLC**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 20, 2023**　　　　　　　　**/s/ Ho Chong Suh**
　　　　　　　　　　　　　　　　　　　　　　**Ho Chong Suh**/**Authorized Member**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title

Alan C. Gordon D.D.S.
4710 Auth Place
Suite 490
Suitland, MD 20746


All Luxury Rental
4710 Auth Place
Suite 675
Suitland, MD 20746


Best Tax. CO
4710 Auth Place
Suite 630
Suitland, MD 20746


Buddy's Convenience
4710 Auth Place
Suite 440 & 450
Suitland, MD 20746


Cori's Modern Kitchen + Bar
4710 Auth Place
Suite G1
Suitland, MD 20746


Datawatch Systems
4520 East West Highway
Suite 200
Bethesda, MD 20814


Dynamic Dollhouse Studios
4710 Auth Place
Suite 690
Suitland, MD 20746


E. House
4710 Auth Place
Suite 465
Suitland, MD 20746


E. House Executive Security Professional
4710 Auth Place
Suite 420 & 430
Suitland, MD 20746

```
Eagle Training
4710 Auth Place
Suite 460
Suitland, MD 20746


EJ
4710 Auth Place
Suite 610 & 620
Suitland, MD 20746


Entertainer Coach Worldwide LLC
4710 Auth Place
Suite 680
Suitland, MD 20746


Entertainer Coach Worldwide LLC
4710 Auth Place
Suite 695
Suitland, MD 20746


Freedom Bank of Virginia
10555 Main Street
Fairfax, VA 22030


IBV Inc.
4710 Auth Place
Suite 595
Suitland, MD 20746


In Mother Keep
470 Auth Place
Suite 100
Suitland, MD 20746


In The Community, Inc.
4710 Auth Place
Suite 120
Suitland, MD 20746


In The Community, Inc.
4710 Auth Place
Suite 130
Suitland, MD 20746
```

Lady Di Beauty Bar
4710 Auth Place
Suite 520
Suitland, MD 20746


Mary Ella Body Sculpting
4710 Auth Place
Suite 685
Suitland, MD 20746


Mid-Atlantic Power Specialists, Inc.
114 Oak Grove Road
Suite 103
Sterling, VA 20166


PEPCO
Correspondence Section
701 Ninth Street, NW
Washington, DC 20068-0001


PMI
4710 Auth Place
Suite 540
Suitland, MD 20746


Prince George's County
Treasury Division
7600 Jefferson Avenue
Hyattsville, MD 20785


Pussy Pack Parlor
4710 Auth Place
Suite 555
Suitland, MD 20746


Sculpt Me, Honey! Health & Wellness
4710 Auth Place
Suite 625
Suitland, MD 20746


Sound and Motion LLC
4710 Auth Place
Suite 320
Suitland, MD 20746

```
Spencer F. Johnson M. D.
4710 Auth Place
Suite 510
Suitland, MD 20746


Sperry Entertainment
4710 Auth Place
Suite 470
Suitland, MD 20746


Tiger Kim TMA, Inc.
9924 Liberia Avenue
Manassas, VA 20110


Vintage Barber Shop
4710 Auth Place
Suite 101
Suitland, MD 20746


Western Star Hospital Authority, Inc.
4710 Auth Place
Suite 650
Suitland, MD 20746


Whitted Wilness
4710 Auth Place
Suite 590
Suitland, MD 20746


WSSC
14501 Sweitzer Lane
Laurel, MD 20707


Young Joo Kim
3858 Pickens Way
Fairfax, VA 22033
```

# United States Bankruptcy Court
## District of Maryland

In re  **Beltway Plaza Investment, LLC**　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Beltway Plaza Investment, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ho Chong Suh**
**4739 Cochran Place**
**Centreville, VA 20120**

**Jun Lee**
**468 North Camden Drive, #200**
**Beverly Hills, CA 90210**

**Woodard Wong**
**2275 Huntington Drive, #878**
**San Marino, CA 91108**

☐ None [*Check if applicable*]

**February 20, 2023**　　　　　　　　　　　　**/s/ Craig M. Palik (cpalik@mhlawyers.com)**
Date　　　　　　　　　　　　　　　　　　　　**Craig M. Palik (cpalik@mhlawyers.com)**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　Counsel for  **Beltway Plaza Investment, LLC**
　　　　　　　　　　　　　　　　　　　　　　**McNamee Hosea, P.A.**
　　　　　　　　　　　　　　　　　　　　　　**6411 Ivy Lane, Ste. 200**
　　　　　　　　　　　　　　　　　　　　　　**Greenbelt, MD 20770**
　　　　　　　　　　　　　　　　　　　　　　**(301) 441-2420 Fax:(301) 982-9450**
　　　　　　　　　　　　　　　　　　　　　　**cpalik@mhlawyers.com**